UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Julia Miller, )
)
      Plaintiff, )
)
v. )    Civil Action No.   **09 1181**
)
United States Public Health )
Service Commissioned Corps *et al.*, )
)
      Defendants. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of Honolulu, Hawaii, accuses employees of the U.S. Public Health Service Commissioned Corps, who claim to be "physicians who treated me before at the Medical Center in Detroit, Michigan[,]" of "stalking me from state to state, harassing me, threatening me and screaming and hollering sarcastic, slanderous statements . . . creating a civil unrest." Compl. at 1. She also accuses them of "pacing the street where I temporarily reside" and of stealing her mail, among other misdeeds. *Id.* Plaintiff then switches to a seemingly unrelated narrative about President Barack Obama, other public officials and certain business entities. *See id.* at 2-5. She wants this Court "to investigate my allegations against the Democratic Party who is out to get me[,]" *id.* at 4, and to "assist" with "informing a local Law Enforcement Agency to file a complaint against the [Commissioned Corps] so that I can obtain a restraining order." *Id.* at 1.

3

The complaint not only presents the type of fantastic or delusional scenarios found to justify immediate dismissal of a complaint as frivolous, *Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994), but it is frivolous also because it lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: June 23, 2009